IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KEITH LAMAR BECKWITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:14-CV-933-WKW |
| | ) | [WO] |
| | ) | |
| STATE OF ALABAMA; KIM | ) | |
| TOBIAS THOMAS, former | ) | |
| Commissioner of the Alabama Dep't | ) | |
| of Corrections, in his individual | ) | |
| capacity; JEFFERSON DUNN, | ) | |
| Commissioner of the Alabama | ) | |
| Dep't of Corrections, in his | ) | |
| official capacity; CHRISTOPHER | ) | |
| GORDY, Warden, in his individual | ) | |
| and official capacities; Robert | ) | |
| Bentley, former Governor of the State | ) | |
| of Alabama, in his individual | ) | |
| capacity; and KAY IVEY, Governor | ) | |
| of the State of Alabama, in her | ) | |
| official capacity,[1] | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the court is the Recommendation of the Magistrate Judge to which Plaintiff filed a timely objection. (Docs. # 27, 28.) Upon an independent and *de*

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kay Ivey, as the current Governor of the State of Alabama, and Jefferson Dunn, as the current Commissioner of the Alabama Department of Corrections, are automatically substituted in their official capacities for Robert Bentley and Kim Tobias Thomas, respectively.

*novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636(b)(1), the court finds that Plaintiff presents no arguments that demonstrate error in the Recommendation. Accordingly, it is ORDERED as follows:

(1) Plaintiff's objections (Doc. # 28) are OVERRULED;

(2) The Recommendation of the Magistrate Judge (Doc. # 27) is ADOPTED;

(3) Defendants' motion for summary judgment (Doc. # 14) is GRANTED; and

(4) Costs are TAXED against Plaintiff.

A final judgment will be entered separately.

DONE this 30th day of August, 2017.

                                        /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE